In the Matter of Daniel Lee Wolfe, a Child.

## STATE ex rel JUVENILE DEPARTMENT OF WASHINGTON COUNTY,
*Respondent,*

*v.*

## WOLFE,
*Appellant.*

(J14-559; CA A46499)

767 P2d 462

Angela Sherbo, Portland, argued the cause for appellant. With her on the brief was Julie H. McFarlane, Portland.

Leslie Jo Westphal, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

In this proceeding to determine whether a child should be remanded to adult court for prosecution, the trial court found that it would be in the best interests of the child that he be remanded. ORS 419.533(1)(d) authorizes remand only when it is in the best interests of both the child *and* society. On *de novo* review, ORS 419.561(4), we conclude that remand in this case does serve the best interests of the child and society.

Affirmed.